# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 3, 2025

Lyle W. Cayce
Clerk

_____

No. 23-40699

_____

William Maxwell,

*Petitioner—Appellant,*

*versus*

Albert Thomas, III, *Warden, FCI Beaumont Low*,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:22-CV-40

_____

Before Elrod, *Chief Judge,* and Davis and Ramirez, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

No. 23-40699

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.