UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
Office of the Clerk
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

RE:   No. 23-40699        Maxwell v. Thomas
                          USDC No. 1:22-CV-40

Ms. Rebecca Andry, Deputy Clerk:

Please accept this letter in response to your May 19, 2025 letter regarding the need to advise the Court to either disregard the Request to Proceed En Banc or to make other corrections to the filing for Rehearing. In accordance with your instructions please proceed on my Motion for Rehearing solely as a Petition for Rehearing.

5/31/2025
Date

William Maxwell
Reg. No. 71944-279
FCI Beaumont LOW
P.O. Box 26020
Beaumont, Texas 77720
Pro Se'

## CERTIFICATE OF SERVICE

I hereby certify that I served this correspondence in accordance with the Clerk's instructions, on the Court, properly addressed, proper first-class postage affixed on May 31, 2025. I make this certification under penalties of perjury and pursuant to 28 U.S.C. §1746.

5/31/2025
Date

William Maxwell

## VERIFICATION

I hereby verify that the material factual statements contained herein are true and correct to the best of my knowledge and belief. I make this verification under penalties of perjury and pursuant to 28 U.S.C. §1746.

5/31/2025
Date

William Maxwell